DS135439

**ORIGINAL**

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2021 DEC 14  AM 10: 08

DEPUTY CLERK___MS___

Daro B Gross
400 N Evary St, #131432
Dallas, TX 75313
(408) 348-9110
darogross@gmail.com

Plaintiff in Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

**3-21CV3107-L**

| | |
|---|---|
| Daro B Gross, | CASE NO. _____ |
| Plaintiff, | |
| v. | **COMPLAINT** |
| Jocelyn Michels Stufflebean, | **JURY TRIAL DEMANDED** |
| John Stufflebean, | |
| David I. Gross, | |
| Mieke Strand | |
| Lauren E. Jones, | |
| Julie A. Amede, | |
| Joseph F. Derrough, | |
| William Hoyt, | |
| Bart Call, | |
| Defendants. | |

### SUMMARY OF THE ACTION

Plaintiff brings this Complaint against Defendants operating a Federal RICO criminal

enterprise (18 USC § 1962) that murdered Plaintiff's mother, seized millions of dollars of Plaintiff

property, issued death threats to force Plaintiff to leave his home and place of business and flee

from California to Texas, and continues to seek to prevent Plaintiff from recovering through the courts with threats of violence against Plaintiff, extortion, and abuse of process.

## JURISDICTION AND VENUE

1. The parties are diverse and the amount exceeds $75,000. (28 USC § 1332)

2. The action arises under federal statutes of the United States. ( 28 USC § 1331)

3. This Court has jurisdiction over Plaintiff's related state claims pursuant to the doctrine of supplemental jurisdiction. (28 U.S.C. § 1367)

## PARTIES OF THE CASE

4. Plaintiff Daro B. Gross is a resident of Dallas, Texas at 400 N Evary St, #131432, Dallas, TX 75313 (email: darogross@gmail.com).

5. Defendant Jocelyn Michels Stufflebean, is an employee of Adobe Inc. and resident of San Diego, California, at 8462 Hinterland Drive, San Diego, CA 92127 (email: jmichels@adobe.com, jocelynmichels@yahoo.com).

6. Defendant John Stufflebean, is an employee of the City of San Diego and resident of San Diego, California, at 8462 Hinterland Drive, San Diego, CA 92127 (email: jstufflebean@gmail.com, phone: (408) 807-9824).

7. Defendant David I. Gross, is a photographer with last known residence in Los Gatos, California (email: davidgross@me.com).

8. Defendant Mieke Strand, is a photographer with last known residence in Los Gatos, California (email: mieke@miekestrand.com).

9. Defendant Lauren E. Jones, is an attorney with Gallagher, Reedy, and Jones of Los Gatos, California at 19A North Santa Cruz Avenue, Los Gatos, CA 95030 (email: grj@grjlaw.com)

10. Defendant Julie A. Amende, is the Department 13 judge of the Santa Clara County Probate Court in San Jose, California (email: Department13@scscourt.org).

11. Defendant Joseph F. Derrough, is an Obstetrician-Gynecologist that works in Hospice & Palliative Medicine for Sutter Health in San Jose, California with last known address of 276 Hospital Pkwy, San Jose, CA 95119 (phone: (408) 972-3000).

12. William Hoyt, is a police officer with the Los Gatos Monte Sereno Police department and works in Los Gatos, California (email: hhoyt@losgatosca.gov).

13. Defendant Bart Call, is a realtor with Sereno Group, Inc., at the Los Gatos Northpoint Office at 634 N. Santa Cruz Ave. #100, Los Gatos, CA 95030. (cell 408-483-9632, office 408-429-2140, bart@sereno.com).

## STATEMENT OF THE FACTS

14. On 24 April 2021, Plaintiff self-quarantined with COVID-19, and was not present to care for his mother, Winifred Gross, Survivor Trustee, Defendants took advantage of Plaintiff absence to murder Plaintiff's mother, Winifred Gross, Survivor Trustee of a multi-million dollar family trust (18 USC § 1111).

15. Defendants failed to notify Plaintiff of the death of Winifred Gross until 27 April 2021, the day the body was cremated in order to prevent Plaintiff from requesting an autopsy.

16. Defendant David Gross, Plaintiff's brother, notified Plaintiff by text message on 27 April 2021 that his mother died: "She was ready to go: she could barely walk, her memory was really failing, she was often in pain, and she had had enough. I'll miss her."

17. Defendant David Gross failed to mention the photographs of Winifred Gross enjoying herself cross-country skiing with her dog. Contemporaneous photos show that Winifred Gross was not "ready to go": Winifred Gross was enjoying life with her new dog, Ani, a golden-doodle.

18. The death certificate lists the cause of death as "Heart Failure" and "Hypertension." Winifred Gross had a pacemaker and was taking blood thinners which cause hypotension, low blood pressure, not hypertension.

19. Defendants killed Plaintiff's mother, Winifred Gross, because Defendants wanted her money, and Winifred Gross was inconveniently not going to die for a long time.

20. Within days of Winifred Gross's death and before the trust was served on the Plaintiff, Defendants seized all Plaintiff trust assets, including Plaintiff residence, which Defendant David Gross and Defendant Mieke Strand proceeded to prepare for sale.

21. When Plaintiff sought to recover his residential property on 5 May 2021, Defendant William Hoyt telephoned Plaintiff to tell him that he would harm Plaintiff if Plaintiff interfered with Defendants' scheme (18 USC § 373).

22. Plaintiff promptly moved to Texas, where he assumed Defendants could not harm him, and pursued the recovery of his trust property by filing a case in the Santa Clara County Probate Court.

23. On 8 September 2021, the Santa Clara County Probate Court heard Plaintiff petition to recover trust property from Defendant Jocelyn Stufflebean, Successor Trustee. The petition was heard unopposed by Defendant Jocelyn Stufflebean who neither attended the remote hearing nor was represented by counsel.

24. What Plaintiff did not know was that Defendant Lauren Jones was a close friend of the presiding judge, Defendant Julie Amende. Defendant Lauren Jones and Defendant Julie Amende colluded to obstruct the 8 September 2021 court hearing (18 USC § 1505).

25. The Probate Court has refused to communicate with Plaintiff since the 8 September 2021 hearing (18 USC § 1505).

26. On 25 October 2021, Defendant Jones sent threats by email and though the mail demanding Plaintiff dismiss the Probate Court case (18 USC § 1343, 18 USC § 876(d)), 18 USC § 1341).

27. On 6 December 2021, Plaintiff received an email from the Defendants stating that the probate court record had been altered to prevent further litigation by Plaintiff (18 USC § 1505).

28. Plaintiff original petition demands statutory compensation pursuant to CA CCP § 850 and CA CCP § 857 for property misappropriated by Defendant Jocelyn Stufflebean, Successor Trustee, in the amount of $15,908,700.

29. At the time the petition was heard, Petitioner had not seen the official death certificate and was not aware that Defendants has murdered his mother, Winifred Gross, the Survivor Trustee; Plaintiff had proceeding under the assumption that the Defendant beneficiaries David Gross and Jocelyn Stufflebean had a lawful interest in the trust.

30. Pursuant to CA CPC 250(a), Defendants David Gross and Jocelyn Stufflebean do not have the right of any interest or power of appointment, themselves or by nomination, in the trust (CA CPC 250(a) A person who feloniously and intentionally kills the decedent is not entitled to any of the following: (1) Any property, interest, or benefit under a will of the decedent, or a trust created by or for the benefit of the decedent or in which the decedent has an interest, including any general or special power of appointment conferred by the will or trust on the killer and any nomination of the killer as executor, trustee, guardian, or conservator or custodian made by the will or trust.)

31. Plaintiff is the sole beneficiary of the trust with an estimated value of $12,000,000. (Defendants have never provided Plaintiff with a trust accounting.)

32. Plaintiff claims a statutory claim pursuant to CA CCP § 850 and CA CCP § 857 of $36,000,000 that is tripled pursuant to 18 USC § 1964(c) to $108,000,000.

## CLAIM I: WRIT OF EXECUTION TO COLLECT DEFENDANT DEBT

33. Plaintiff requests writs of execution pursuant to 28 USC § 2303 that Plaintiff may recover the $108,000,000 owed by Defendants pursuant to CA CCP § 850, CA CCP § 857, and 18 USC § 1964(c).

34. Defendant Jocelyn Stufflebean has laundered some of the proceeds through Adobe Inc. stock options.

35. Defendants have laundered real property through sales to third-party buyers under California statute CA CCP § 697.740(a) which permits the sales of stolen real estate—in violation of Plaintiff 4th Amendment rights. (CA CCP § 697.740(a): A person who acquires an interest in the property under the law of this state for reasonably equivalent value without knowledge of the lien. For purposes of this subdivision, value is given for a transfer or encumbrance if, in exchange for the transfer or encumbrance, property is transferred or an antecedent debt is secured or satisfied.)

36. Defendant Lauren Jones claims to be in possession of $1,018,949.46 that she alleges belongs to Plaintiff.

37. Defendant Jocelyn Stufflebean has sold real estate owned by the trust in the amount of $5,000,000.

38. Defendant David Gross has sold real estate in the amount of $3,000,000 with the assistance of Defendant Bart Call.

39. The remainder of the stolen property is presumed to be held in banks and brokerage firms.

### CLAIM II: PUNITIVE DAMAGES

40. Plaintiff requests $200,000,000 in punitive damages for Defendants "malicious disregard of Plaintiff rights"– civil rights and property rights.

### JURY DEMANDED

41. Pursuant to Fed. R. Civ. P. 38(b), Plaintiff hereby demands a trial by jury of all issues so

triable that are raised herein or which hereinafter may be raised in this action.

## PRAYER FOR RELIEF

42. Plaintiff requests the court execute writs of execution for total of $308,000,000 against

Defendants.

43. Plaintiff requests the court provide that the writs of execution may be adjusted for inflation.

Dated: 12 December 2021

Submitted,

Daro B Gross
400 N Evary St, #131432
Dallas, TX 75313
(408) 348-9110
darogross@gmail.com

Plaintiff in Pro Se

EXHIBIT A.    DEATH CERTIFICATE OF WINIFRED T. GROSS

# COUNTY of SANTA CLARA
SAN JOSE, CALIFORNIA

## CERTIFICATE OF DEATH

3202143004227

| STATE FILE NUMBER | | LOCAL REGISTRATION NUMBER |
|---|---|---|

1. NAME OF DECEDENT - FIRST (Given)
WINIFRED

2. MIDDLE
T

3. LAST (Family)
GROSS

4AA. ALSO KNOWN AS - Include Full AKA (FIRST, MIDDLE, LAST)

4. DATE OF BIRTH mm/dd/ccyy
04/29/1938

5. AGE Yrs.
82

6. UNDER ONE YEAR (Months / Days)

7. UNDER ONE HOUR (Hours / Minutes)

8. SEX
F

6. BIRTH STATE/FOREIGN COUNTRY
NEW YORK

7. SOCIAL SECURITY NUMBER
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

8. EVER IN U.S. ARMED FORCES?
[ ] YES [X] NO [ ] UNK

9. MARITAL STATUS AT TIME OF DEATH
WIDOWED

10. EDUCATION
MASTER'S

11. USUAL OCCUPATION - Type of work for most of life, DO NOT USE RETIRED
ATTORNEY

12. KIND OF BUSINESS OR INDUSTRY
LAW

13. YEARS IN OCCUPATION
12

15. DECEDENT'S RESIDENCE (Street and Number, or Location)
15450 PALOS VERDES DRIVE

CITY
MONTE SERENO

COUNTY/PROVINCE
SANTA CLARA

ZIP CODE
95030

YEARS IN COUNTY
50

STATE/FOREIGN COUNTRY
CA

18. INFORMANT'S NAME, RELATIONSHIP
DAVID GROSS, SON

MAILING ADDRESS (Street and Number or Rural Route Number, City or Town, State, Zip)
15450 VERDES DRIVE, MONTE SERENO, CA 95030

23. NAME OF SURVIVING SPOUSE/SRDP - FIRST

MIDDLE

LAST (Maiden Name)

25. NAME OF FATHER/PARENT - FIRST
DAVID

MIDDLE

LAST
TOEPFER

BIRTH STATE
NY

28. NAME OF MOTHER/PARENT - FIRST
MARJORIE

MIDDLE
CLAIRE

LAST (Maiden Name)
REISS

BIRTH STATE
NY

32. DISPOSITION DATE mm/dd/ccyy
04/28/2021

PLACE OF FINAL DISPOSITION
RESIDENCE OF DAVID GROSS
15450 PALOS VERDES DRIVE, MONTE SERENO, CA 95030

35. TYPE OF DISPOSITION(S)
CR/RES

SIGNATURE OF EMBALMER
► NOT EMBALMED

LICENSE NUMBER

44. NAME OF FUNERAL ESTABLISHMENT
SANTA CLARA FUNERAL & CREMATION SERVICE

LICENSE NUMBER
FD-2072

SIGNATURE OF LOCAL REGISTRAR
► SARA H CODY, MD

DATE mm/dd/ccyy
04/27/2021

101. PLACE OF DEATH
OWN RESIDENCE

104. COUNTY
SANTA CLARA

FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number or location)
15450 PALOS VERDES DRIVE

107. CITY
MONTE SERENO

107. IF HOSPITAL, SPECIFY ONE: [ ] IP [ ] OP/ER [ ] DOA [ ] Hospice
IF OTHER THAN HOSPITAL, SPECIFY ONE: [ ] Nursing Home/LTC [X] Residence [ ] Other

111. CAUSE OF DEATH
Enter the chain of events — diseases, injuries, or complications — that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

IMMEDIATE CAUSE (A) HEART FAILURE
(B) HYPERTENSION

Sequentially list conditions, if any, leading to cause listed on line A. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST.

Death reported to coroner: [ ] YES [X] NO

NONE

113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 111? If yes, list type of operation and date.
NO

114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.
Decedent attended since

SIGNATURE AND TITLE OF CERTIFIER
► JOSEPH DERROUGH M.D.

LICENSE NUMBER
G68897

DATE mm/dd/ccyy
04/27/2021

TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE
JOSEPH DERROUGH M.D.

03/12/2021       04/23/2021       4850 UNION AVENUE, SAN JOSE, CA 95124

116. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.
MANNER OF DEATH: [ ] Natural [ ] Accident [ ] Homicide [ ] Suicide [ ] Pending Investigation [ ] Could Not Be Determined

125. LOCATION OF INJURY (Street and number or location and city and zip)

SIGNATURE OF CORONER / DEPUTY CORONER

DATE mm/dd/ccyy

TYPE NAME, TITLE OF CORONER / DEPUTY CORONER

| STATE REGISTRAR | A | B | C | D | E | TAX AUTH.# | CENSUS TRACT |
|---|---|---|---|---|---|---|---|

*C1000100454389*



CERTIFIED COPY OF VITAL RECORDS
STATE OF CALIFORNIA, COUNTY OF SANTA CLARA
This is a true and exact reproduction of the document
officially registered and placed on file in the Office of the
Santa Clara County Clerk-Recorder.

Regina Alcomendras
REGINA ALCOMENDRAS
COUNTY CLERK-RECORDER

* R 2 3 7 7 0 7 8 *

DATE ISSUED     JUN 30 2021

This copy is not valid unless prepared on an engraved border displaying the date, seal and signature of the County Clerk.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE.



EXHIBIT B.      PHOTOS OF WINIFRED T. GROSS BEFORE HER DEATH

**David Gross**
February 11

Wini got to go skiing for the first time in many years. She lasted about 3 minutes. I couldn't get a pic of her skiing because I had to rush to get a poop bag for the dog, strap on snow shoes, and I had to leave the camera inside! Maybe tomorrow...



Mieke Strand, Santi Fox and 14 others        6 Comments

Like        Comment

**Hans Johsens**
Wait a minute. "Left the camera inside"? Thought the camera was a physical part of you?
Like · Reply · 43w
↳ David Gross replied · 1 Reply

**Jodi Hilton**
Whoever this Wini is, I love her and want to be like her someday.
Like · Reply · 43w
↳ David Gross replied · 1 Reply

**Linnea Edmeier**
♥ ♥ ♥ !!!
Like · Reply

**Santi Fox**
Amazing!!!
Like · Reply · 43w

Write a comment...









  



**David Gross**
February 14 · 🎂

Wini went snowshoeing yesterday because the snow was too sticky and thick for skis. We made it out almost fifty yards onto the lake! She decided to crawl the "hill" back to the house, but made it in under her own steam.

Ahni the dog became covered in snowballs, so if anyone has a solution for that, we'd like to hear it!



 **Santi Fox**
Omg Ahni looks just like Wally 😆

**Brianne Nicole** check out my grandmas dog!

Like · Reply · 43w

 **Jenni Symons**
Kitchen whisk for the snowballs on the pup...works great.

Like · Reply · 43w

 **Susanne Oellinger**
Die Beiden haben so viel Spass! 😊

Like · Reply · See Translation · 42w

 Write a comment...

















